

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOSE O. CASTILLO,

        Plaintiff,

        -against-

DONGHIA FURNITURE/TEXTILES LTD.

        Defendant.
------------------------------------------------------------x

Index No.: 04CIV3575 (RFP)

**STIPULATION OF DISMISSAL**

The parties, through the signatures of their counsel on this Stipulation, stipulate to dismiss this action with prejudice according to the terms of the settlement agreement dated July 26, 2005.

Dated: August 23, 2005

For Plaintiff Jose O. Castillo

John L. Russo, Esq.

By: _____
John L. Russo, Esq.
Attorneys for Plaintiff

So ordered.

_____, USDJ
1/26/06

For Defendant Donghia Furniture/Textile Ltd

Levy Sonet & Siegel, LLP

By: _____
James T. Nerangis, Esq.
Attorneys for Defendant

lr34a\sgs\DONGHIA-CASTILLO.stip.dismiss